UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 28 P 1:37

U.S. DISTRICT COURT
HARTFORD, CT.

ELIPIDIO GUZMAN, EXECUTOR,          :
    Plaintiff,                      :
V.                                  :   CASE NO. 3:02CV1164 (RNC)
                                    :
JUAN P. RODRIGUEZ, ET AL.,          :
    Defendants.                     :

ORDER

The parties have reported that this action appears to have been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to close the file for administrative purposes without prejudice to reopening on or before July 26, 2004.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before July 26, 2004.

The date set forth in this order may be extended pursuant to a motion filed in accordance with Local Rule 9.

So ordered.

Dated at Hartford, Connecticut this 27 day of January 2004.

                                         Robert N. Chatigny
                                         United States District Judge