UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

ELPIDIO GUZMAN, executor of )
Estate of ELIGIO GUZMAN, )
                          Plaintiff, )
)
-against- )
)
JUAN P. RODRIGUEZ, GP RODRIQUE )
TRUCKING, INC., RAMON CABRERA, )
NAZARIO CABRERA and KENWORTH )
TRUCK COMPANY, A DIVISION OF )
PACCAR, INC. )
                        Defendants. )
)

Docket No.: 3:02CV 01164 (RNC)
Hon.: Robert N. Chatigny

June 9
~~May~~ __, 2004

*So ordered.*
*Approved. The Clerk will close the file.*
*Robert N. Chatigny*
*June 17, 2004.*

**STIPULATION OF DISMISSAL AS TO ALL DEFENDANTS**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties below hereby request that the Court enter a voluntary dismissal of this action as to all Defendants on the ground that all Defendants and Plaintiff Elpidio Guzman, executor of the Estate of Eligio Guzman, have settled all of plaintiff's claims. This settlement has been approved by the Probate Court of Connecticut.

Plaintiff Elpidio Guzman,
Executor of the Estate of Eligio Guzman

By _____        Date: 5/14/04
Timothy A. Bishop ct 05774
Bishop & Jackson, LLC
80 Ferry Blvd., Suite 103
Stratford, CT 06615
(203) 386-1282
(203) 386-1795 Fax

1