FILED

UNITED STATES DISTRICT COURT  2004 JUL -6  P 2: 28
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

---------------------------------------------------------X
ELPIDIO GUZMAN, executor of
Estate of ELIGIO GUZMAN,

                 Plaintiff

V

JUAN P. RODRIGUEZ, GP RODIGUE
TRUCKING, INC., RAMON CABRERA,
NAZARIO CABRERA and KENWORTH
TRUCK COMPANY, A DIVISION OF
PACCAR, INC.,

                 Defendants
---------------------------------------------------------X

Docket No.: 3:02CV 01164 (RNC)
Hon.: Robert N. Chatigny

JUNE 23, 2004

## MOTION TO ENFORCE SETTLEMENT

Plaintiff respectfully moves to enforce the settlement dated October 28, 2003 as to the Defendant, RAMON CABRERA. The parties resolved this matter with all Defendants through mediation on October 28, 2003. The parties exchanged settlement documents and obtained Probate Court approval. Plaintiff filed the Stipulation of Dismissal on June 11, 2004 which Stipulation was granted on June 17, 2004. On June 18, 2004, Plaintiff received correspondence from Defendant CABRERA's insurance carrier stating that it would not release the settlement funds until other unrelated Plaintiffs in a separate New York action received Probate Court approval. Defendant Cabrera's policy is $100,000.00 which policy is being split evenly between the Plaintiff and two other New York Claimants.

THE PLAINTIFF,

By    _____
Timothy A. Bishop ct 05774
Bishop, Jackson & Kelly, LLC
80 Ferry Blvd., Suite 103
Stratford, CT 06615
(203) 386-1282
(203) 386-1795 Fax

1

## CERTFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 23rd day of June, 2004 to all counsel of record as follows:

Defendant Kenworth Trucking Company,
a division of PACCAR, Inc.,

Jeremy G. Zimmermann, ct04154
Wiggin & Dana LLP
265 Church Street
P.O. Box 2650
New Haven, CT
(203) 498-4426
(203) 782-2889 Fax

**Of Counsel to Defendant**

J. Banks Sewell, III, Esq.,
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200
(205) 581-0700
(205) 581-0799 Fax

Defendant GP Rodrique Trucking, Inc.

Vincent E. Roche  ct09299
Ronald P. Sherlock ct19708
Heffernan and Heffernan
101 River Road, Rt. 179
Collinsville, CT
(860) 693-6840
(860) 639-636-6937 Fax

Defendants Juan P. Rodriguez and Ramon Cabrera

Edward Case ct 02273
Law Offices of Nancy Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
(860) 633-9471
(860) 657-4168 Fax

_____
Timothy A. Bishop



Liberty Mutual Group

Liberty Plaza
101 Barnes Road
P.O. Box 5009
Wallingford, CT 06492-1801
Tel: (203) 294-1505
800-458-3749
Fax: (203) 294-0674

June 16, 2004

Bishop & Jackson
80 Ferry Boulevard, Suite 103
Stratford, CT 06616

RE: Estate of Eligio Guzman v. Ramon Cabrera & Juan P. Rodriguez
File #: LA163-00834094-04
Date of Loss: 6/2/2000

Dear Mr. Bishop;

We are in receipt of your settlement papers regarding the Estate of Eligio Guzman v. Cabrera and Rodriguez.

Liberty Mutual previously offered Mr. Cabrera's $50,000.00/$100,000.00 policy to be divided among the three Estates as their legal representatives saw fit. The Estate cases were settled at a mediation on November 3, 2003. The settlement(s) were contingent upon each Estate providing a full release and withdrawal, and approval of all three settlements by their respective probate courts.

On June 8, 2004 Myron Rosen, attorney for the Estates of Cabrera and Cabrera told me that his cases have not yet received probate approval.

Upon receipt of the appropriate closing papers on the Cabrera Estates, I will issue payment promptly.

Should you have any questions please contact me at extension 401.

Sincerely,

Michael DeStefano
Senior Claims Specialist III

Helping People Live Safer, More Secure Lives.